| | | |
|---|---|---|
| **KEDRICK BYRD** | * | **18TH JUDICIAL** |
| | * | **DISTRICT COURT** |
| **VERSUS** | * | |
| | * | **DOCKET NO. 43001 A** |
| | * | |
| **P&S TRANSPORTATION, INC,** | * | **WEST BATON ROUGE PARISH** |
| **ALLSTATE INSURANCE COMPANY** | * | |
| **AND GARY F. NORMAN** | * | **STATE OF LOUISIANA** |

### PETITION FOR DAMAGES FOR PERSONAL INJURIES

NOW INTO COURT, through the undersigned counsel, comes **KEDRICK BYRD**, a resident of the full age of majority of LeCompte, Louisiana, who with respect represents:

1.

Made defendants herein are:

**ALLSTATE INSURANCE COMPANY**, a foreign insurer, authorized to do and doing business in Louisiana, who has appointed the Secretary of State of the State of Louisiana as its agent for service of process in suits against it in this state;

**P&S TRANSPORTATION, INC**, a foreign corporation licensed to do and doing business in Louisiana, who has appointed Stacey Fontenot as its agent for service of process in suits against it in this state; and

**GARY F. NORMAN**, a resident of the full age of majority of Blackshear, Georgia.

2.

On or about August 7, 2015, the petitioner, **KEDRICK BYRD**, was the driver of a 2013 BMW 328 owned by Stacey A. Henry. He was travelling in the left lane on I-10 eastbound in Baton Rouge, Louisiana.

3.

The defendant, **GARY F. NORMAN**, was the operator of a 2016 Peterbuilt T/T that was owned by **P&S TRANSPORTATION, INC** and was traveling in the left lane on I-10 eastbound in Baton Rouge, Louisiana. The defendant rear-ended the vehicle in which Petitioner, **KEDRICK BYRD** was operating. This collision caused **KEDRICK BYRD** to sustain personal injuries.

4.

The accident occurred as a result of **GARY F. NORMAN**'s inattentiveness, carelessness and failure to maintain control, presumptions of negligence on the part of **GARY F. NORMAN**.

5.

The accident was due solely to the negligence and/or strict liability of **GARY F. NORMAN** which consisted of, but is not limited to the following:

1. In failing to observe oncoming traffic;
2. In failing to yield to the right of way of the petitioner's vehicle;

**EXHIBIT 3**

3. In operating a vehicle in a careless manner;

4. In failing to keep a proper lookout;

5. In failing to maintain proper control of the vehicle;

6. In improperly turning;

7. In failing to see what she should have seen and if she saw, in failing to act in a reasonably prudent manner;

8. In otherwise being careless and inattentive; and

9. In violating the traffic laws of the City of Baton Rouge, Parish of West Baton Rouge and/or the State of Louisiana.

6.

As a result of the above described collision, the petitioner, **KEDRICK BYRD**, suffered serious personal injuries. Accordingly, **KEDRICK BYRD** itemizes his damages as follows:

A. Medical expenses, past, present and future, in an amount to be determined reasonable at a later date;

B. General damages, including pain and suffering, loss of enjoyment, and disability, past, present and future, in an amount to be determined reasonable at a later date; and

C. Lost wages and loss of earning capacity, past, present and future, in an amount to be determined reasonable at a later date.

7.

Said damages for the petitioner are *greater than* the judicial amount of $50,000.00.

8.

Petitioner further shows that, at all times pertinent herein, **KEDRICK BYRD** was free from fault in causing the above referenced accident and that this accident was proximately, solely and/or concurrently caused by the negligence and/or strict liability of **GARY F. NORMAN**.

9.

Petitioner alleges that, prior to the accident, **KEDRICK BYRD** participated in various hobbies and activities. As a result of this accident, he cannot participate fully and freely in these activities.

10.

Petitioner further shows that at all times pertinent herein, **GARY F. NORMAN** was the driver of the vehicle in question. Petitioner is informed and believes and therefore alleges that at the time of this accident that the vehicle driven by **GARY F. NORMAN** was insured by a policy of liability insurance issued by an insurance company to be

determined during the discovery of this matter and that **GARY F. NORMAN** was an employee of **P&S TRANSPORTATION, INC** and at all times pertinent to **GARY F. NORMAN** was in the course and scope of her employment. As such, **P&S TRANSPORTATION, INC** is responsible in solido for any and all damages of or which the driver of said vehicle is liable under the theory of respondent superior.

11.

Petitioner is informed and believes and therefore alleges that the limits of the policy issued to **P&S TRANSPORTATION, INC** and **GARY F. NORMAN** and the assets of **GARY F. NORMAN** are insufficient to satisfy his demand. At the time of the accident, **KEDRICK BYRD** was covered by a policy of automobile insurance issued by **ALLSTATE INSURANCE COMPANY** which provides for underinsured motorist coverage for circumstances such as those that exist in this case.

12.

Petitioner accordingly seeks a judgment against **ALLSTATE INSURANCE COMPANY** for any and all damages caused by **GARY F. NORMAN**.

WHEREFORE, Petitioner prays that a certified copy of the petition be served upon **P&S TRANSPORTATION CORPORATION, ALLSTATE INSURANCE COMPANY**, and **GARY F. NORMAN** and that after due proceedings are had, there be judgment herein in favor of the petitioner, **KEDRICK BYRD**, and against the defendants, **P&S TRANSPORTATION CORPORATION, ALLSTATE INSURANCE COMPANY**, and **GARY F. NORMAN** together with legal interest from the date of judicial demand until paid as follows:

A. In favor of **KEDRICK BYRD** for an amount determined by the court; and

B. All costs in these proceedings and all general and equitable relief, etc.

Respectfully submitted,

SIMIEN & MINIEX

RICKEY W. MINIEX (#17714)
KATRENA A. PORTER (#36626)
104 Rue Iberville
Post Office Box 81918
Lafayette, Louisiana 70598-1918
(337) 269-0222 (Office)
(337) 269-0231 (Fax)

CERTIFIED
TRUE COPY

JUL 14, 2016

DEPUTY CLERK
WEST BATON ROUGE PARISH

**Please serve the following:**

**ALLSTATE INSURANCE COMPANY**
Through its Agent for Service of Process
Secretary of State of the State of Louisiana
8585 Archives Avenue
Baton Rouge, Louisiana

**P&S TRANSPORTATION, INC**
Through Its Agent for Service of Process
Stacey Fontenot
310 E. Ash Ave.
Eunice, LA 70535

**GARY F. NORMAN**
Please forward a Citation and Petition for
this defendant to be served pursuant to the
Louisiana Long Arm Statute, LSA-R.S. 13:3201 et seq.

| | | |
|---|---|---|
| **KEDRICK BYRD** | * | **18TH JUDICIAL** |
| | * | **DISTRICT COURT** |
| **VERSUS** | * | |
| | * | **DOCKET NO.** 43001 A |
| | * | |
| **P&S TRANSPORTATION, INC,** | * | **WEST BATON ROUGE PARISH** |
| **ALLSTATE INSURANCE COMPANY** | * | |
| **AND GARY F. NORMAN** | * | **STATE OF LOUISIANA** |

## REQUEST FOR NOTICE OF TRIAL DATE

To the Clerk of the 18TH Judicial District Court in and for the Parish of West Baton Rouge, Louisiana.

PLEASE TAKE NOTICE that RICKEY W. MINIEX and KATRENA A. PORTER, Attorneys for Petitioner, **KEDRICK BYRD**, do hereby request written notice of the date of trial of the above matter as well as notice of hearings, (whether on merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps to be taken by the parties herein, the Judge, or any member of Court as provided in Louisiana Code of Civil Procedure, particularly Articles 1572, 1913, and 1914.

Respectfully submitted,

SIMIEN & MINIEX

_____
RICKEY W. MINIEX (#17714)
KATRENA A. PORTER (#36626)
104 Rue Iberville
Post Office Box 81918
Lafayette, Louisiana 70598-1918
(337) 269-0222 (Office)
(337) 269-0231 (Fax)