# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**KEDRICK BYRD**

**VERSUS**

**GARY F. NORMAN, ET AL.**

**CIVIL ACTION**

**NO. 16-563-JWD-EWD**

## **OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 10, 2017, to which no objection was filed:

**IT IS ORDERED** that Plaintiff's Motion to Remand, (Doc. 8), is DENIED.

**IT IS FURTHER ORDERED** that that Plaintiff's request for fees and costs pursuant to 28 U.S.C. § 1447(c) is also DENIED.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for a scheduling conference.

**IT IS FURTHER ORDERED** that within seven (7) days of the date of this order, P&S, LLC and P&S, Inc. shall jointly file a Motion to Substitute P&S, LLC as a party defendant, specifically stating whether Plaintiff objects to the proposed substitution.

Signed in Baton Rouge, Louisiana, on <u>April 25, 2017</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**