# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

KEDRICK BYRD

VERSUS

P&S TRANSPORTATION, LLC, ET AL.

CIVIL ACTION

NO. 16-563-JWD-EWD

**CONSOLIDATED WITH**

STACY HENRY

VERSUS

GARY F. NORMAN, ET AL.

CIVIL ACTION

NO. 17-471-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report dated November 14, 2017, to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand, (Doc. 53) is GRANTED and that Stacy Henry's suit, Civil Action No. 17-471, is SEVERED[1] from the suit with which it was previously consolidated, Byrd v. P&S Transportation, LLC, et al., Civil Action No. 16-563, and REMANDED to the 18th Judicial District Court, Parish of West Baton Rouge, State of Louisiana.

**IT IS FURTHER ORDERED** that Plaintiff's request for an award of costs and attorney's fees under 28 U.S.C. § 1447(c) is DENIED.

Signed in Baton Rouge, Louisiana, on November 29, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] *See, Ace American Ins. Co. v. Huttig Building Products, Inc.*, Civil Action Nos. 10-527, 10-601, 2011 WL 3047640 at * 9 (S.D. Miss. July 25, 2011) (severing consolidated action over which court lacked diversity jurisdiction and remanding that action to state court); Young v. Antioco, 03-CV-0333, 2003 WL 23201342, at * 1 (N.D. Tex. Aug. 6, 2003) (severing and remanding once-consolidated action based on lack of federal question subject matter jurisdiction).