# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEDRICK BYRD** | **CIVIL ACTION:16-CV-563-JWD-EWD** |
| **v.** | **JUDGE deGRAVELLES** |
| **P&S TRANSPORTATION, LLC, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, and GARY F. NORMAN** | **MAGISTRATE WILDER-DOOMES** |

## ORDER OF DISMISSAL

Considering the above and foregoing Joint Motion to Dismiss with Prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted by all parties in this case be and the same is hereby dismissed, with prejudice, each party to bear its own costs.

Baton Rouge, Louisiana, this __9th__ day of ____January____, 2019.

_____
Judge, United States District Court
Middle District of Louisiana